STATE OF NORTH CAROLINA v. WILLIAM OWEN HYMAN, JR.

No. 738SC460

(Filed 25 July 1973)

**Criminal Law § 23— guilty plea**

Defendant's plea. of guilty was made freely, understandingly and voluntarily.

APPEAL by defendant, William Owen Hyman, Jr., from *Martin (Perry), Judge,* 19 March 1973 Session of Superior Court held in LENOIR County.

*Attorney General Robert Morgan and Assistant Attorney General Myron C. Banks for the State.*

*Wallace, Langley, Barwick & Llewellyn by James D. Llewellyn for defendant appellant.*

HEDRICK, Judge.

The record discloses that the defendant, represented by court-appointed counsel, freely, understandingly and voluntarily pleaded guilty to a bill of indictment, proper in form, charging him with uttering a forged instrument. The judgment imposing a prison sentence of not less than two nor more than three years is within the limits prescribed by statute for the offense charged. The judgment is

Affirmed.

Judges BROCK and VAUGHN concur.

---

STATE OF NORTH CAROLINA v. GARY BANKS

No. 7329SC517

(Filed 25 July 1973)

APPEAL by defendant from *Thornburg, Judge,* 12 February 1973 Session of Superior Court held in HENDERSON County.

Defendant Banks had been tried and convicted of his first escape in the 28 March 1972 term of the District Court of Hen-

---

State v. Means

---

derson County. In this action he was charged in a proper bill of indictment with a second offense of escape. He entered a plea of not guilty to this charge. The jury returned a verdict of guilty of felonious escape and defendant was sentenced to two years imprisonment.

The State's evidence tended to show that on 10 June 1972 Banks was duly serving a term in the Henderson County Prison Unit. 6045 for non-felonious breaking and entering and non-felonious larceny. Prison guard Hugh McLean testified that he had seen Banks in the prison around 5:00 p.m. on the day in question but another guard, Sam Reed, stated that a check at 10:00 p.m. revealed that defendant was not in the prison. Both guards testified that Banks did not have permission to leave the unit. Banks was apprehended in an Asheville apartment on 24 September 1972.

Banks did not offer any evidence.

*Attorney General Morgan, by Associate Attorney Speas, for the State.*

*Howe & Waters, by R. Charles Waters, for defendant appellant.*

BALEY, Judge.

We have carefully examined the record and we are unable to find any defect in the proceedings in the trial below. Defendant received a fair trial, free from prejudicial error.

No error.

Judges CAMPBELL and HEDRICK concur.

---

STATE OF NORTH CAROLINA v. BERNADETTE PATRICIA MEANS

No. 7318SC464

(Filed 25 July 1973)

APPEAL by defendant from *Lupton, Judge,* 29 January 1973 Regular Criminal Session of Superior Court held in GUILFORD County, Greensboro Division.